UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD EUGENE WATSON,<br><br>Defendant. | Criminal Action No. TDC-21-0449 |

ORDER

Upon consideration of the Government's Motion for Rule 15 Depositions, ECF No. 59, and Defendant's Response, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART in that:

1. The Motion is GRANTED as to M.W. in that the Government is granted leave to take a Rule 15 deposition of M.W., but the Court reserves on the issue of admissibility. In order for the deposition to be admitted as evidence, the Government must first provide (1) an affidavit, submitted under penalty of perjury, from a treating physician certifying that M.W. cannot under any circumstances physically travel to the United States Courthouse in Greenbelt, Maryland during the trial; and (2) if the deposition of M.W. is not conducted in person in the presence of the defendant, written consent to the use of a remote deposition at trial signed by the defendant personally.

2. Because the Government has not made a sufficient showing of unavailability, the Motion is DENIED WITHOUT PREJUDICE as to D.C.

Date: February 17, 2023



THEODORE D. CHUANG
United States District Judge