UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RONALD EUGENE WATSON,

Defendant.

Criminal Action No. TDC-21-0449

# VERDICT FORM

### Count 4: Clients #2 and #3, Tax Year 2015

As to Count 4 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓  Not Guilty: _____

### Count 5: Clients #2 and #3, Tax Year 2016

As to Count 5 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓  Not Guilty: _____

### Count 6: Clients #2 and #3, Tax Year 2017

As to Count 6 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓  Not Guilty: _____

### Count 7: Clients #4 and #5, Tax Year 2015

As to Count 7 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 8: Clients #4 and #5, Tax Year 2016

As to Count 8 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 9: Clients #4 and #5, Tax Year 2017

As to Count 9 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 10: Client #6, Tax Year 2015

As to Count 10 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 11: Client #6, Tax Year 2016

As to Count 11 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 12:  Client #7, Tax Year 2015

As to Count 12 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓        Not Guilty: _____

### Count 13:  Client #7, Tax Year 2016

As to Count 13 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓        Not Guilty: _____

### Count 14:  Client #8, Tax Year 2015

As to Count 14 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓        Not Guilty: _____

### Count 15:  Client #8, Tax Year 2016

As to Count 15 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓        Not Guilty: _____

### Count 16: Client #8, Tax Year 2017

As to Count 16 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 19: Clients #10 and #11, Tax Year 2015

As to Count 19 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 20: Clients #10 and #11, Tax Year 2016

As to Count 20 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 21: Clients #10 and #11, Tax Year 2017

As to Count 21 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 22: Clients #12 and #13, Tax Year 2015

As to Count 22 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

### Count 23:  Clients #12 and #13, Tax Year 2016

As to Count 23 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty:

### Count 24:  Clients #14 and #15, Tax Year 2015

As to Count 24 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty:

### Count 25:  Clients #14 and #15, Tax Year 2016

As to Count 25 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty:

### Count 26:  Clients #16 and #17, Tax Year 2015

As to Count 26 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty:

### Count 27:  Clients #16 and #17, Tax Year 2016

As to Count 27 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty:

### Count 28: Clients #16 and #17, Tax Year 2017

As to Count 28 of the Indictment, aiding or assisting in the filing of a false tax return, how do you find the defendant Ronald Eugene Watson?

Guilty: ✓   Not Guilty: _____

The foregoing constitutes the unanimous verdict of the jury.

3/9/2023
DATE

████████████
FOREPERSON