```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        *

                                         *

      v.                      Case No. TDC-21-0449

                                         *

RONALD WATSON                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR POSTPONEMENT OF SENTENCING HEARING

Now comes the Defendant, Ronald Watson, by his attorney, Law Offices of Gerald C. Ruter, P.C., and in furtherance of his Motion for Postponement of Sentencing Hearing states as follows:

1. Mr. Watson is scheduled for sentencing on September 22, 2023.

2. Counsel is unable to communicate with Mr. Watson as outlined in counsel's submission under seal dated September 8, 2023. ECF 101.

3. Counsel will be unable to properly prepare for the sentencing hearing without the full cooperation and input from Mr. Watson.

4. Michael Morgan, the Assistant United States Attorney assigned to this case, objects to this request.

5. Undersigned counsel respectfully requests an alternate date for the sentencing hearing until such time as the matter under seal is resolved.

1

6.  Counsel did not file his sentencing memorandum on September 8, 2023, although it was complete and ready for submission, in the event the Court had received and acted upon counsel's sealed submission last week.  It is counsel's position that until discharged by the Court, he is duty bound to continue in his representation. It is requested that the Court accept the sentencing memorandum submitted this morning, and in the event new counsel is appointed, not deny new counsel the opportunity to supplement or withdraw undersigned counsel's sentencing memorandum.

**WHEREFORE**, it is prayed this Honorable Court grant the relief requested.

>                     Respectfully submitted,
>
>                      /s/  Gerald C. Ruter
>
>                     _____
>                     Gerald C. Ruter
>                     Law Offices of Gerald C. Ruter, P.C.
>                     9411 Philadelphia Road, Suite O
>                     Baltimore, Maryland 21237
>                     (410) 238-8000
>                     Ruterlaw@verizon.net

**Certificate of Service**

**I HEREBY CERTIFY** that on this 11th day of September 2023, a copy of this Motion for Postponement of Sentencing Hearing was served on counsel of record by CM/ECF.

/s/  Gerald C. Ruter

_____
Gerald C. Ruter